HOWARD M. GARFIELD, STATE BAR No. 43369        JS-6
IRENE K. YESOWITCH, STATE BAR NO. 111575
MECKLER BULGER TILSON MARICK PEARSON LLP
575 Market Street, Suite 2200
San Francisco, California 94105
Telephone: 415-644-0914
Facsimile: 415-644-0978
Howard.Garfield@mbtlaw.com
Irene.Yesowitch@mbtlaw.com

Attorneys for Plaintiff
DARWIN NATIONAL ASSURANCE COMPANY

DAVID C. WERNER, STATE BAR NO. 67993
LAW OFFICES OF DAVID C. WERNER
23422 Mill Creek Drive, Suite 110
Laguna Hills, CA  92653
Telephone: (949) 460-9280
Facsimile: (949) 460-9286
davidw@wernerllp.com

Attorneys for Defendants
DAVID C. WERNER and LAW OFFICES OF DAVID C. WERNER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARWIN NATIONAL ASSURANCE COMPANY,<br><br>              Plaintiff<br>    v.<br><br>DAVID C. WERNER, an individual; LAW OFFICES OF DAVID C. WERNER<br><br>              Defendants | CASE No. 2:11-cv-02746-DMG-FMD<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [45]** |

Pursuant to the *Stipulation of Dismissal of Entire Action with Prejudice*

1                                CASE No. 2:11-cv-02746-DMG-FMD
ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

entered into between Plaintiff and Counterclaim Defendant Darwin National Assurance, on the one hand, and Defendants and Counterclaim Plaintiffs David C. Werner and the Law Offices of David C. Werner, on the other hand, the above-entitled action is dismissed in its entirety with prejudice, with each party bearing its own attorneys' fees and costs.

**IT IS SO ORDERED**.

Date:  March 9, 2012      _____

Dolly M. Gee
United States District Judge